IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV108 |
| vs. | ) ) ) | ORDER |
| CHUBB AND SON, INC., GREAT NORTHERN INSURANCE COMPANY, and VIGILANT INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court following the filing of the parties' Rule 26(f) report ([Filing No. 14](#)). The parties may now commence discovery. In their Rule 26(f) report, the parties state they believe they will be able to stipulate to a record of facts that would enable the court to dispose of the case upon cross-motions for summary judgment. The parties request a period of time in which to arrive at such a stipulation. Upon consideration,

**IT IS ORDERED:**

1. The parties shall have to **on or before August 2, 2010**, in which to file a stipulated record in this matter.

2. The plaintiff shall file its motion for summary judgment **on or before August 9, 2010**.

3. The defendants shall have to **on or before August 30, 2010**, in which to respond to the plaintiff's motion for summary judgment and to file the defendants' motion for summary judgment.

4. The plaintiff shall have to **on or before September 16, 2010**, in which to respond to the defendants' motion for summary judgment and to reply to the defendants' response to the plaintiff's motion for summary judgment.

5. The defendants shall have to **on or before September 28, 2010**, in which to reply to the plaintiff's response to the defendants' motion for summary judgment.

6. This matter will be deemed submitted for determination on **September 29, 2010**. Should the court conclude the cross motions for summary judgment do not dispose of this matter, the court will conference with counsel regarding the progression of the case.

DATED this 18th day of May, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge