# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNIVERSAL UNDERWRITERS INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV108 |
| vs. | ) ) | ORDER |
| **CHUBB AND SON, INC., et al.,** | ) ) | |
| Defendants. | ) | |

The records of the court show that on April 8, 2010, counsel for the plaintiff was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing No. 4. The plaintiff was given fifteen days to file the required statement. As of the close of business on July 18, 2010, the plaintiff has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED** that, on or before **July 28, 2010**, the plaintiff shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 19th day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge