IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV108 |
| v. | ) ) | |
| CHUBB AND SON, INC., a New Jersey corporation, GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation, and VIGILANT INSURANCE COMPANY, a New York corporation, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the plaintiff's motion to dismiss defendant Chubb & Son, Inc. as a party in this case, Filing No. 21. Defendants consent to the dismissal. See Filing No. 25. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion to dismiss defendant Chubb & Sons (Filing No. 21) is granted.

2. Defendant Chubb & Son, Inc. is dismissed.

DATED this 30th day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge