IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV108 |
| vs. | ) ) | ORDER |
| GREAT NORTHERN INSURANCE CO., and VIGILANT INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on March 15, 2011. Based on the discussion held during the conference,

**IT IS ORDERED:**

1. The defendants' oral motion to amend their answer is granted.

2. The defendants shall have to **on or before March 23, 2011**, to file an amended answer.

3. The parties shall have to **on or before May 31, 2011**, to file cross-motions for summary judgment.

4. The parties shall have to **on or before June 30, 2011**, to file any response to the opposing party's motion for summary judgment, upon which the matter will be deemed submitted.

DATED this 15th day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge